IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBRA WOLFE**                                                                                       **PLAINTIFF**

vs.                                              No. 4:21-cv-774-LPR

**QUALSCRIPT, LLC, GAYLE FAGGETTI**                                  **DEFENDANTS**
**and PAT MCCARVER**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Debra Wolfe and Defendants Qualscript, LLC, Gayle Faggetti, and Pat McCarver, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Page 1 of 2
Debra Wolfe v. Qualscript, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-774-LPR
Joint Stipulation of Dismissal with Prejudice

        Respectfully submitted,

        **PLAINTIFF DEBRA WOLFE**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **QUALSCRIPT, LLC, GAYLE FAGGETTI AND PAT MCCARVER, DEFENDANTS**

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        Telephone: (501) 371-0808
        Facsimile: (501) 376-9442

        Shelby N. Howlett
        Ark. Bar No. 2019234
        showlett@wlj.com

        */s/ William Stuart Jackson*
        William Stuart Jackson
        Ark. Bar No. 92189
        wjackson@wlj.com

Page 2 of 2
Debra Wolfe v. Qualscript, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-774-LPR
Joint Stipulation of Dismissal with Prejudice